Case 3:05-cv-01376-B   Document 5   Filed 08/15/05   Page 1 of 2   PageID 24

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARMON WAYNE THURMAN | ) | |
| | ) | |
| V. | ) | 3-05-CV-1376-B |
| | ) | |
| DOUGLAS DRETKE, Director | ) | |
| Texas Department of Criminal Justice | ) | |
| Correctional Institutions Division | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15T day of Aug., 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

# **CLOSED**

## CASE NUMBER: 3:05-CV-1376-B

## DATE: AUGUST 15, 2005

## TRIAL:   YES_____   NO___X____